**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**J.R. and A.R.** **PLAINTIFFS**

**v.** **Case No. 3:25-cv-00277-KGB**

**BATESVILLE SCHOOL DISTRICT** **DEFENDANT**

**ORDER**

Before the Court is plaintiff J.R. and A.R's (collectively "Plaintiffs") motion to dismiss with prejudice (Dkt. No. 4). Plaintiffs represent that they have reached a compromise and settlement of this case with defendant Batesville School District and request that the Court dismiss this case with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2) (*Id.*, ¶ 1).

For good cause shown, the Court grants Plaintiffs' motion pursuant to Federal Rule of Civil Procedure 41(a)(2) (*Id.*, ¶ 1). Pursuant to Plaintiffs' request, the Court dismisses this action with prejudice.

It is so ordered this17th day of August, 2026.

Kristine G. Baker
Kristine G. Baker
Chief United States District Judge